

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 1 2 2015
JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CRYSTAL CAMPBELL, as Special Administratrix of the Estate of Billy Joe Campbell, deceased**     **PLAINTIFF**

v.     No. 3:15cv9-DPM

**THE UNITED STATES OF AMERICA**     **DEFENDANT**

This case assigned to District Judge Marshall
and to Magistrate Judge Kearney

## COMPLAINT

Crystal Campbell, special administratrix of the estate of Billy Joe Campbell, deceased, by her attorneys, the Brad Hendricks Law Firm, for her complaint, states:

1. Plaintiff brings this cause of action under the provisions of Title 28, United States Code Section 2671 and amendments thereto, commonly known as the Federal Tort Claims Act. Plaintiff, Crystal Campbell, resides at 106 Walnut Street, Brookland, Arkansas. The incident which gives rise to this action occured at ARcare Jonesboro North in Jonesboro, Craighead County, Arkansas, a federally funded medical clinic operated by the U.S. Dept. of Health and Human Services. Jurisdiction and venue are based on 28 U.S.C. Section 1402.

2. On June 4, 2014, Plaintiff mailed a formal claim to the U.S. Dept. of Health and Human Services as required under the Federal Tort Claims Act. The claim was received on June 9, 2014. More than six months has expired since Plaintiff filed that claim. Consequently, pursuant to 28 U.S.C. Section 2675, Crystal Campbell is entitled to file this lawsuit.

3. Crystal Campbell is the wife of Billy Joe Campbell and is Special Administratrix of the Estate of Billy Joe Campbell, having been so appointed on March 11, 2014, by the Craighead County Circuit Court. Crystal Campbell lives in Brooklyn, Craighead County, Arkansas. At the

time of his death, Billy Joe Campbell, lived in Craighead County, Arkansas.

4. Terry Hunt, M.D., is a physician licensed to practice medicine in the state of Arkansas and who practices medicine at ARcare Jonesboro North in Jonesboro, Craighead County, Arkansas. Dr. Hunt is an employee of ARcare Jonesboro North for whom the defendant is vicariously liable under the FTCA..

5. Renata Vaughn, APN, is a nurse practitioner licensed as an advanced practice nurse by the state of Arkansas. Nurse Vaughn practices nursing at ARcare Jonesboro North in Jonesboro, Craighead County, Arkansas. Nurse Vaughn is an employee of ARcare Jonesboro North for whom the defendant is vicariously liable under the FTCA.

6. ARcare operates federally funded heath centers in Arkansas. ARcare operates family medical clinics in northeast Arkansas including ARcare Jonesboro North in Jonesboro, Arkansas, where Dr. Hunt and Nurse Vaughn are employed. Billy Joe Campbell received medical treatment from Dr. Hunt and Nurse Vaughn at ARcare Jonesboro North in Jonesboro, Arkansas. Under Section 224 of the Public Health Service Act, as amended by the Federally Supported Health Centers Assistance Act of 1992 and 1995, employees of eligible health centers are deemed to be federal employees qualified for protection under the FTCA.

7. On August 1, 2013, Billy Joe Campbell saw Dr. Hunt at ARcare Jonesboro North. He complained of headaches, blurred vision, weakness, prolonged healing of cuts and bruises, and hematuria (blood in his urine). A urinalysis was performed in the office and was positive for blood and leukocytes (white blood cells). He was felt to have a urinary tract infection and was given Bactrim. He was also treated for hypertension. A complete blood count ("CBC") was also sent to Lab Corp that day and returned the following day. The CBC showed anemia and thrombocytopenia, a low blood platelet count. (Platelets (thrombocytes) are colorless blood cells

that play an important role in blood clotting. Platelets stop blood loss by clumping and forming plugs in blood vessel holes.) A white blood cell count was not performed by the lab as there was "cell degeneration." Dr. Hunt saw these results on an unclear date but did not report the results to Mr. Campbell until August 9, 2013, when he recommended follow up with hematology and a repeat CBC.

8. Ms. Vaughn saw Billy Joe Cambpell on August 9, 2013. He still had hematuria and felt weak. A CBC with differential was sent to LabCorp on that day. No mention of hematology follow-up was made or communicated to Mr. Campbell. Follow up with his primary care provider was scheduled "prn."

9. On August 12, 2013, Billy Joe Campbell presented to Crittenden Memorial Hospital in West Memphis, Arkansas, with nausea and vomiting. While in the emergency room, he developed a severe headache and neurological changes. A stat CT of the brain showed a large right parietal hemorrhage. A CBC showed an elevated white blood cell count with a predominance of blast cells (the presence of blast cells on a CBC is very suspicious of leukemia), as well as thrombocytopenia and anemia. He was immediately transferred to Methodist Hospital of Germantown in Memphis, Tennessee, for further treatment.

10. Upon arrival at Methodist Hospital, Billy Joe Campbell was unresponsive. He was seen immediately by neurosurgery and was noted to have increased intracranial pressure. An external ventricular drain was placed. He was also seen by hematology and diagnosed with probable acute promyelocytic leukemia and disseminated intravascular coagulation ("DIC") which is a serious disorder in which the proteins that control blood clotting become over active. He received platelets, fresh frozen plasma and cryoprecipitate, a frozen blood product prepared from

plasma. Despite aggressive therapy, Mr. Campbell's neurological status declined and on August 13, 2013, he was declared brain dead. Mr. Campbell died later that day.

11. Mr. Campbell's August 9, 2013, CBC was inexplicably reported on August 15, 2013, after his death. This showed an elevated white blood cell count with blast cells, as well as thrombocytopenia and anemia.

12. Mr. Campbell sought Dr. Hunt's help with symptoms of weakness, headache, blurred vision, prolonged healing of cuts and bruises, and hematuria. Dr. Hunt sent a CBC which was reported on August 2, 2013. It is unclear when exactly Dr. Hunt saw these results, but it was clearly prior to August 9, 2013, when he signed the electronic medical record. At that time he recommended repeat CBC with differential and referral to a hematologist. This represents care well below the accepted medical standards. On August 1, 2013, Mr. Campbell's symptoms were suspicious for leukemia, especially his history of delayed healing of cuts and bruises. When the CBC was received on August 2, 2013, showing markedly decreased platelets, immediate repeat stat CBC was required to rule out leukemia. On either August 1 or August 2, 2013, Mr. Campbell should have been referred to an emergency room or by hospital admission for evaluation. Dr. Hunt's failure to immediately refer Mr. Campbell for evaluation of leukemia is medical malpractice.

13. Ms. Vaughn also fell well below the accepted medical standards as Mr. Campbell continued to have hematuria. Ms. Vaughn was clearly aware of the decreased platelets as she sent a CBC with differential on that date. Again, referral to a hospital for a stat repeat CBC was required to rule out leukemia. The CBC that Ms. Vaughn sent was inexplicably not run until after the patient's death.

14. In summary, both Dr. Hunt and Ms. Vaughn fell well below accepted medical standards in regards to the failure to appropriately evaluate a patient with signs and symptoms of leukemia who had a markedly decreased platelet count on August 2, 2013. Given the high cure rate of acute promyelocytic leukemia (remission rates with chemotherapy are 93%, with 100% of these patients surviving five years), it is likely that earlier diagnosis would have prevented the development of DIC, subsequent intraparenchymal hemorrhage and Mr. Campbell's death.

15. Plaintiff, Crystal Campbell, in her capacity as Special Administratrix of the Estate of Billy Joe Campbell, seeks the following damages on behalf of the estate:

(a) Medical expenses;

(b) Funeral and burial expenses;

(c) The pain and anguish and suffering that Billy Joe Campbell suffered prior to his death; and,

(d) Damages for the value of the loss of Billy Joe Campbell's life.

16. Plaintiff, Crystal Campbell, in her capacity as Special Administratrix of the Estate of Billy Joe Campbell, seeks the following damages on behalf of the wrongful death beneficiaries:

(a) Damages for the mental and emotional anguish suffered by each as a result of the death of Billy Joe Campbell; and

(b) Pecuniary loss any wrongful death beneficiary has or will suffer as a result of the death of Billy Joe Campbell.

WHEREFORE, Plaintiff prays for judgment against the defendant in an amount adequate to compensate for the damages sustained, which damages exceed the federal jurisdictional limits in diversity of citizenship cases. Plaintiff further asks for costs, and other relief to which she may be entitled.

        Respectfully submitted,

*THE BRAD HENDRICKS LAW FIRM*
500 C Pleasant Valley Dr.
Little Rock, AR 72227
(501) 221-0444
(501) 219-0608 (fax)

BY: _____
    GEORGE R. WISE, JR., ABN 78171