IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CRYSTAL CAMPBELL, as Special
Administratrix of the Estate of Billy Joe
Campbell, Deceased**                                                              PLAINTIFF

v.                           No. 3:15-cv-9-DPM

USA                                                                              DEFENDANT

## ORDER

Joint status report, № 17, appreciated. I know some of the listed health care providers, but I'm not so close with any of them that my impartiality might reasonably be questioned. After both sides have disclosed all experts, the Court would appreciate a supplemental report. None is needed until they're all in.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 September 2016