IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CRYSTAL CAMPBELL, as Special
Administratrix of the Estate of Billy Joe
Campbell, Deceased                                              PLAINTIFF

v.                            No. 3:15-cv-9-DPM

USA                                                             DEFENDANT

## JUDGMENT

The amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 May 2017